B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Sultan Ohio, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>68-0630305 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>5 Tewkesbury Lane<br>South Barrington, IL<br>ZIP Code: 60010 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>Ohio and Pennsylvania | |

## Type of Debtor (Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business (Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information     *** David J. Schwab 6204333 ***

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(1/08)** Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Sultan Ohio, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)      Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
 Sultan Ohio, LLC

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  /s/ David J. Schwab
Signature of Attorney for Debtor(s)

 David J. Schwab 6204333
Printed Name of Attorney for Debtor(s)

 Ralph, Schwab & Schiever, Chartered
Firm Name

 175 East Hawthorn Parkway
 Suite 345
 Vernon Hills, IL 60061
Address

 847-367-9699  Fax: 847-367-9621
Telephone Number

 March 24, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Saad Sindhu
Signature of Authorized Individual

 Saad Sindhu
Printed Name of Authorized Individual

 President
Title of Authorized Individual

 March 24, 2010
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Sultan Ohio, LLC                              Case No.
                              Debtor(s)               Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Afzal A. Usmani<br>1726 Valley View<br>Sharpsville, PA 16150 | Afzal A. Usmani<br>1726 Valley View<br>Sharpsville, PA 16150 | | | Unknown |
| Alliance Insurance Agency<br>911 E. Touhy Ave.<br>Des Plaines, IL 60018 | Alliance Insurance Agency<br>911 E. Touhy Ave.<br>Des Plaines, IL 60018 | | | Unknown |
| City of Girard<br>100 W. Main Street, Suite 3<br>Girard, OH 44420 | City of Girard<br>100 W. Main Street, Suite 3<br>Girard, OH 44420 | | | Unknown |
| City of Niles<br>340 W. State Street<br>Niles, OH 44446 | City of Niles<br>340 W. State Street<br>Niles, OH 44446 | | | Unknown |
| Commonwealth of Pennsylvania<br>Revenue<br>P.O. Box 280646<br>Harrisburg, PA 15264-0197 | Commonwealth of Pennsylvania<br>Revenue<br>P.O. Box 280646<br>Harrisburg, PA 15264-0197 | | | Unknown |
| Commonwealth of Pennsylvania<br>Department of Corporate Taxes<br>P.O. Box 280705<br>Harrisburg, PA 17128-0705 | Commonwealth of Pennsylvania<br>Department of Corporate Taxes<br>P.O. Box 280705<br>Harrisburg, PA 17128-0705 | | | Unknown |
| Dominion East Ohio<br>P.O. Box 26785<br>Richmond, VA 23261-6785 | Dominion East Ohio<br>P.O. Box 26785<br>Richmond, VA 23261-6785 | | | Unknown |
| EMBARQ<br>P.O. Box 66068<br>Dallas, TX 75266-0685 | EMBARQ<br>P.O. Box 66068<br>Dallas, TX 75266-0685 | | | Unknown |
| Everday Mart, Inc.<br>170 Avalon Drive<br>Warren, OH 44484 | Everday Mart, Inc.<br>170 Avalon Drive<br>Warren, OH 44484 | | | Unknown |
| Indiana Insurance Co.<br>125 S. Wacker Drive<br>Suite 500<br>Chicago, IL 60606 | Indiana Insurance Co.<br>125 S. Wacker Drive<br>Suite 500<br>Chicago, IL 60606 | | | Unknown |

**B4 (Official Form 4) (12/07) - Cont.**

In re   Sultan Ohio, LLC                                                                                                 Case No.
                                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service (p)<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service (p)<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | | Unknown |
| Louis T. Mcquaids<br>c/o Attorney Charlie Dunlap<br>3855 Starr's Center Drive, Suite A<br>Canfield, OH 44406 | Louis T. Mcquaids<br>c/o Attorney Charlie Dunlap<br>3855 Starr's Center Drive, Suite A<br>Canfield, OH 44406 | | | 1,200,000.00 |
| Mahoning County Treasurer<br>Real Estate Tax<br>120 Market Street<br>Youngstown, OH 44503-1749 | Mahoning County Treasurer<br>Real Estate Tax<br>120 Market Street<br>Youngstown, OH 44503-1749 | | | Unknown |
| Marathon Petroleum Company, LLC<br>P.O. Box 1<br>Findlay, OH 45839 | Marathon Petroleum Company, LLC<br>P.O. Box 1<br>Findlay, OH 45839 | | | 60,000.00 |
| Mercer County Treasurer<br>Real Estate Tax<br>100 North Diamond Street<br>Mercer, PA 16137 | Mercer County Treasurer<br>Real Estate Tax<br>100 North Diamond Street<br>Mercer, PA 16137 | | | Unknown |
| Mutual Bank<br>nka United Central Bank<br>6335 N. Western Ave.<br>Chicago, IL 60659 | Mutual Bank<br>nka United Central Bank<br>6335 N. Western Ave.<br>Chicago, IL 60659 | | | 3,950,000.00<br><br>(0.00 secured) |
| Ohio BWC<br>State Insurance Fund<br>Corporate Processing Department<br>Columbus, OH 43271-0821 | Ohio BWC<br>State Insurance Fund<br>Corporate Processing Department<br>Columbus, OH 43271-0821 | | | Unknown |
| Ohio Department of Taxation<br>P.O. Box 16158<br>Columbus, OH 43216-6158 | Ohio Department of Taxation<br>P.O. Box 16158<br>Columbus, OH 43216-6158 | | | Unknown |
| Ohio Edison<br>P.O. Box 3637<br>Akron, OH 44309-3637 | Ohio Edison<br>P.O. Box 3637<br>Akron, OH 44309-3637 | | | Unknown |
| Ohio EPA<br>DAPC NTV Emission Fee<br>Department L-2711<br>Columbus, OH 43260-2711 | Ohio EPA<br>DAPC NTV Emission Fee<br>Department L-2711<br>Columbus, OH 43260-2711 | | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  Sultan Ohio, LLC                                              Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 24, 2010                        Signature  /s/ Saad Sindhu
                                                       Saad Sindhu
                                                       President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Afzal A. Usmani
1726 Valley View
Sharpsville, PA 16150


Alliance Insurance Agency
911 E. Touhy Ave.
Des Plaines, IL 60018


City of Girard
100 W. Main Street, Suite 3
Girard, OH 44420


City of Niles
340 W. State Street
Niles, OH 44446


Commonwealth of Pennsylvania
Revenue
P.O. Box 280646
Harrisburg, PA 15264-0197


Commonwealth of Pennsylvania
Department of Corporate Taxes
P.O. Box 280705
Harrisburg, PA 17128-0705


Dominion East Ohio
P.O. Box 26785
Richmond, VA 23261-6785


EMBARQ
P.O. Box 66068
Dallas, TX 75266-0685


Everday Mart, Inc.
170 Avalon Drive
Warren, OH 44484


Indiana Insurance Co.
125 S. Wacker Drive
Suite 500
Chicago, IL 60606
```

```
Internal Revenue Service (p)
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Louis T. Mcquaids
c/o Attorney Charlie Dunlap
3855 Starr's Center Drive, Suite A
Canfield, OH 44406


Mahoning County Treasurer
Real Estate Tax
120 Market Street
Youngstown, OH 44503-1749


Marathon Petroleum Company, LLC
P.O. Box 1
Findlay, OH 45839


Mercer County Treasurer
Real Estate Tax
100 North Diamond Street
Mercer, PA 16137


Mutual Bank
nka United Central Bank
6335 N. Western Ave.
Chicago, IL 60659


Ohio BWC
State Insurance Fund
Corporate Processing Department
Columbus, OH 43271-0821


Ohio Department of Taxation
P.O. Box 16158
Columbus, OH 43216-6158


Ohio Edison
P.O. Box 3637
Akron, OH 44309-3637


Ohio EPA
DAPC NTV Emission Fee
Department L-2711
Columbus, OH 43260-2711
```

```
Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101


Sadaf Enterprises, Inc.
1726 Valley View Road
Sharpsville, PA 16150


Sadaf Oil & Gas, Inc.
1726 Valley View Rd.
Sharpsville, PA 16150


Shaukat M. Sindhu
1030 Torrey Pines, NE
Warren, OH 44484


Sprint Customer Service (Corresp)
P.O. Box 8077
London, KY 40742


Staples Credit Plan
P.O. Box 689020
Des Moines, IA 50368


Trumball County Treasurer
Real Estate Tax
160 High Street
Warren, OH 44484-1090
```